IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KENNETH JORDAN, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:17-CR-43 (CDL) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 1, 2019 is hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 31st day of December, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] The Court recognizes that the Report and Recommendation misstates who spoke on Petitioner's behalf at the sentencing hearing. But that inaccuracy is immaterial to the legal issues raised by Petitioner's petition. And, despite Petitioner's assertion to the contrary, the transcript of the sentencing hearing supports the Magistrate's findings regarding counsel's participation in the sentencing hearing.